**E-filed 10/13/06**

1  JOSEPH W. COTCHETT (# 36324)
   jcotchett@cpsmlaw.com
2  BRUCE L. SIMON (#96241)
   bsimon@cpsmlaw.com
3  PHILIP L. GREGORY (#95217)
   pgregory@cpsmlaw.com
4  MARK C. MOLUMPHY (#168009)
   mmolumphy@cpsmlaw.com
5  ESTHER L. KLISURA (#221171)
   eklisura@cpsmlaw.com
6  **COTCHETT, PITRE, SIMON & McCARTHY**
   San Francisco Airport Office Center
7  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
8  Telephone: (650) 697-6000
   Facsimile: (650) 692-3606
9
   Attorneys for Plaintiff Kelley Bergman
10 Derivatively on Behalf of Apple Computer, Inc.

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14

15 NICHOLAS KARANT, et al.,                  )  Case No. C-06-04128-JF
   Derivatively on Behalf of Nominal Defendant )
16 APPLE COMPUTER, INC.,                      )  STIPULATION AND [PROPOSED]
                                              )  ORDER (1) CONSOLIDATING
17              Plaintiff,                     )  CASES, (2) SETTING SCHEDULE
                                              )  FOR CONSOLIDATED
18      vs.                                    )  COMPLAINT, AND (3)
                                              )  CONTINUING INITIAL CASE
19 STEVEN P. JOBS, et al.,                    )  MANAGEMENT CONFERENCE
                                              )
20              Defendants,                    )
                                              )
21      -and-                                  )
                                              )
22 APPLE COMPUTER, INC.,                      )
                                              )
23              Nominal Defendant.            )
   _____)
24
   [Caption continued on following page]
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1   DOUGLAS HOLBERT, Derivatively on          )       No. C-06-04454-JF
    Behalf of APPLE COMPUTER, INC.,           )
2                                             )
                    Plaintiff,                )
3                                             )
        vs.                                   )
4                                             )
    FRED D. ANDERSON, et al.,                 )
5                                             )
                    Defendants,               )
6                                             )
        -and-                                 )
7                                             )
    APPLE COMPUTER, INC.,                     )
8                                             )
                    Nominal Defendant.        )
9  _____  )
    PIRELLI ARMSTRONG TIRE                    )       No. C-06-04493-JF
10  CORPORATION RETIREE MEDICAL               )
    BENEFITS TRUST, Derivatively on Behalf of )
11  APPLE COMPUTER, INC.,                     )
                                              )
12                  Plaintiff,                )
                                              )
13      vs.                                   )
                                              )
14  FRED D. ANDERSON, et al.                  )
                                              )
15                  Defendants,               )
                                              )
16      -and-                                 )
                                              )
17  APPLE COMPUTER, INC.,                     )
                                              )
18                  Nominal Defendant.        )
   _____  )
19  JEFFREY ALECCI, Derivatively on Behalf of )       No. C-06-04649-JF
    APPLE COMPUTER, INC.,                     )
20                                            )
                    Plaintiff,                )
21                                            )
        vs.                                   )
22                                            )
    FRED D. ANDERSON, et al.,                 )
23                                            )
                    Defendant,                )
24                                            )
        -and-                                 )
25                                            )
    APPLE COMPUTER, INC.,                     )
26                                            )
                    Nominal Defendant.        )
27  _____  )

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

| | | |
|---|---|---|
| 1 | MICHAEL PRIEBE and CYNTHIA PRIEBE, ) | No. C-06-04703-JF |
| 2 | Plaintiff, ) | |
| 3 | vs. ) | |
| 4 | STEVEN P. JOBS, et al., ) | |
| 5 | Defendants, ) | |
| 6 | -and- ) | |
| 7 | APPLE COMPUTER, INC., ) | |
| 8 | Nominal Defendant. ) | |
| 9 | PHYLLIS JONES, ) | No. C-06-05035-JF |
| 10 | Plaintiff, ) | |
| 11 | vs. ) | |
| 12 | FRED D. ANDERSON, et al., ) | |
| 13 | Defendants, ) | |
| 14 | -and- ) | |
| 15 | APPLE COMPUTER, INC., ) | |
| 16 | Nominal Defendant. ) | |
| 17 | ISABEL LUI, ) | No. C-06-05246-JF |
| 18 | Plaintiff, ) | |
| 19 | vs. ) | |
| 20 | STEVEN P. JOBS, et al., ) | |
| 21 | Defendant, ) | |
| 22 | -and- ) | |
| 23 | APPLE COMPUTER, INC., ) | |
| 24 | Nominal Defendant. ) | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3)  Continuing Initial Case Management Conference

1    KELLEY BERGMAN, Derivatively on Behalf        )        No.: C-06-05374-JF
     of APPLE COMPUTER, INC.,                       )
2                                                    )
                    Plaintiff,                       )
3                                                    )
          vs.                                        )
4                                                    )
     FRED D. ANDERSON, et al.,                      )
5                                                    )
                    Defendant,                       )
6                                                    )
          -and-                                      )
7                                                    )
     APPLE COMPUTER, INC.,                          )
8                                                    )
                    Nominal Defendant.               )
9                                                    )
     ALFRED RONCONI, Derivatively on Behalf         )        No. C-06-05389-JF
10   of APPLE COMPUTER, INC.,                        )
                                                     )
11                  Plaintiff,                       )
                                                     )
12        vs.                                        )
                                                     )
13   STEVEN P. JOBS., et al.,                        )
                                                     )
14                  Defendant,                       )
                                                     )
15        -and-                                      )
                                                     )
16   APPLE COMPUTER, INC.,                           )
                                                     )
17                  Nominal Defendant.               )
                                                     )
18   FEIVEL GOTTLIEB, Derivatively on Behalf        )        No. C-06-05418-RMW
     APPLE COMPUTER, INC.,                           )
19                                                   )
                    Plaintiff,                       )
20                                                   )
          vs.                                        )
21                                                   )
     STEVEN P. JOBS, et al.,                         )
22                                                   )
                    Defendants,                      )
23                                                   )
          -and-                                      )
24                                                   )
     APPLE COMPUTER, INC.,                           )
25                                                   )
                    Nominal Defendant.               )
26                                                   )

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1   ERICK GULSRUD, Derivatively on Behalf of          )          No. C-06-05427-RS
    Nominal Defendant APPLE COMPUTER,                  )
2   INC.,                                              )
                                                       )
3                   Plaintiff,                         )
                                                       )
4        vs.                                           )
                                                       )
5   FRED D. ANDERSON, et al.,                          )
                                                       )
6        -and-                                         )
                                                       )
7   APPLE COMPUTER, INC.,                              )
                                                       )
8                   Nominal Defendant.                 )
    _____        )

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference

WHEREAS, there are currently at least eleven shareholder derivative actions on behalf of nominal defendant Apple Computer, Inc., ("Apple") pending in the Northern District of California.

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

WHEREAS, the Court has previously determined that all of the Apple derivative actions identified above, with the exception of the *Gottlieb* and *Gulsrud* actions more recently filed, are related pursuant to Local Rule 3-12(a) and all have been assigned to Judge Fogel; and

WHEREAS, the Apple shareholder derivative actions identified above all arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and facts, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, counsel for plaintiffs, nominal defendant Apple, and certain individual defendants have met and conferred and have agreed to a schedule for filing a consolidated complaint and for briefing any motion directed at the consolidated complaint;

WHEREAS, several plaintiffs have filed motions to be appointed lead plaintiff and the motions are scheduled for hearing on October 20, 2006;

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

WHEREAS, the parties have met and conferred and believe the interest of judicial economy will be served by continuing the initial case management conference to December 8, 2006 at 10:30 a.m., or as soon thereafter as the Court's calendar permits; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and the identified defendants, through their respective counsel of record, as follows:

I.   **CONSOLIDATION OF ACTIONS**

1.   The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal;

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant, et al. v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

2.   The caption of these consolidated actions shall be "In re Apple Computer, Inc. Derivative Litigation" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-04128-JF.  Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re APPLE COMPUTER, INC., DERIVATIVE LITIGATION | ) ) ) ) ) | Master File No. C-06-04128-JF |
| ———————————————— | ) ) | |
| This Document Relates To: | ) ) ) | |
| ———————————————— | ) | |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "The Document Relates To:" in the caption described above (*e.g.* "No. C-06-04128 JF, *Karant, et al., v. Jobs, et al."*).

5. A Master Docket and a Master File hereby are established for the above-consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket for each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference                3

7.      When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket of each applicable action.

8.      When a case which properly belongs as part of *In re Apple Computer, Inc., Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a)      Place a copy of this Order in the separate file for such action;

(b)      Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order by served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

(c)      Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Apple Computer, Inc., Derivative Litigation*.

## II.  SCHEDULE

9.      The case management conference is continued until December 8, 2006 at 10:30 a.m.

10.      The case management statement shall be due on December 1, 2006.

11.      Plaintiffs shall, no later than 45 days from the entry of an Order appointing lead plaintiff and lead counsel, file and serve a consolidated complaint which will supersede all existing complaints filed in these actions.  Defendants need not respond to any of the pre-existing complaints.  Service shall be effected with respect to any named defendant who has already been served with any of the pre-existing complaints in any of the consolidated actions by serving the consolidated complaint on that defendant's counsel.

12.      Each defendant who has been served shall answer or otherwise respond to the consolidated complaint no later than 45 days from the date of service.  In the event that defendants file and serve any motions directed at the consolidated complaint, plaintiffs shall file

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference      4

1 | and serve their opposition within 30 days after the service of defendants' motions.  If defendants

2 | file and serve a reply to plaintiffs' opposition, they will do so within 15 days after service of the

3 | opposition.

4 |        13.    Defendants' counsel may rely upon all agreements made with any Lead Counsel

5 | appointed by the Court, and such agreements shall be binding on all derivative plaintiffs.

6 | Defendants may satisfy their service obligations by serving the Lead Counsel.

7 |       IT IS SO STIPULATED.

8 | Dated: October 11, 2006          COTCHETT PITRE SIMON & McCARTHY
                                     JOSEPH W. COTCHETT

9 |                                      BRUCE L. SIMON
                                     PHILIP L. GREGORY

10 |                                      MARK C. MOLUMPHY

11 |

12 |                                     /s/
                                 MARK C. MOLUMPHY

13 |                                   San Francisco Airport Office Center
                               840 Malcolm Road, Ste. 200

14 |                                  Burlingame, CA 94010
                             Telephone: (650) 697-6000

15 |                                Facsimile: (650) 697-0577

16 |                              Attorneys for Plaintiff Kelley Bergman

17 | Dated: October 11, 2006          SCHIFFRIN & BARROWAY, LLP
                               ERIC L. ZAGER

18 |                                SEAN HANDLER

19 |

20 |                                   /s/
                                 SEAN HANDLER

21 |                                280 King of Prussia Road
                             Rador, PA 19087

22 |                                Telephone: (610) 667-7706
                             Facsimile: (610) 667-7056

23 |

24 |                                BRAMSON, PLUTZIK, MAHLER &
                             BIRKHAEUSER LLP

25 |                                KATHRYN A. SCHOFIELD
                             2125 Oak Grove Road, Ste. 120

26 |                                Walnut Creek, CA 94598
                             Telephone: (925) 945-0200

27 |                                Facsimile: (925) 945-8792

28 |                              Attorneys for Plaintiffs Nicholas Karant and Alecta
                             Pensionsforsakring, Omsesidigit

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

1    I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

2  STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

3  hereby attest that Sean Handler has concurred with this filing.

4  Dated: October 11, 2006                         LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
5                                                   TRAVIS DOWNS
                                                    BENNY C. GOOMAN III
6                                                   THOMAS WILHELM

7
                                                         /s/
8                                                   TRAVIS DOWNS

9                                                   655 West Broadway, Ste. 1900
                                                    San Diego, CA 92101
10                                                  Telephone: (619) 231-1058
                                                    Facsimile: (619) 231-7423
11
                                                    LERACH COUGHLIN STOIA GELLER
12                                                  RUDMAN & ROBBINS LLP
                                                    SHAWN A. WILLIAMS
13                                                  MONIQUE C. WINKLER
                                                    100 Pine Street, Ste. 2600
14                                                  San Francisco, CA 94111
                                                    Telephone: (415) 288-4545
15                                                  Facsimile: (415) 288-4534

16                                                  BARRETT, JOHNSTON & PARSLEY
                                                    GEORGE E. BARRETT
17                                                  DOUGLAS S. JOHNSTON, JR.
                                                    TIMOTHY L. MILES
18                                                  217 Second Avenue, North
                                                    Nashville, TN 37201-1601
19                                                  Telephone: (615) 244-2202
                                                    Facsimile: (615) 252-3798
20
                                                    Attorneys for Plaintiffs Douglas Holbert, Pirelli
21                                                  Armstrong Tire Corporation Retiree Medical
                                                    Benefits Trust, and Jeffrey Alecci
22
23    I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I
24
   hereby attest that Travis Downs has concurred with this filing.
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference                                    6

1   Dated: October 11, 2006                    GLANCY BINKOW & GOLDBERG LLP
                                               PETER A. BINKOW
2

3                                              _____/s/_____
                                                      PETER A. BINKOW
4
                                               1801 Avenue of the Stars, Ste. 311
5                                              Los Angeles, CA 90067
                                               Telephone: (310) 201-9150
6                                              Facsimile: (310) 201-9160

7                                              CHIMICLES & TIKELLIS LLP
                                               One Rodney Square
8                                              P.O. Box 1035
                                               Wilmington, DE 19899-1035
9                                              Telephone: (302) 656-2500
                                               Facsimile: (302) 656-9053
10
                                               THE MILLER LAW FIRM, P.C.
11                                             DAVID H. FINK
                                               950 West University Drive, Ste. 300
12                                             Rochester, MI 48307
                                               Telephone: (248) 841-2200
13                                             Facsimile: (248) 652-2852

14                                             Attorneys for Plaintiffs Michael Priebe and Cynthia
                                               Priebe
15
            I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this
16
    STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I
17
    hereby attest that Peter A. Binkow has concurred with this filing.
18
    Dated: October 11, 2006                    KELLER ROHRBACK LLP
19                                             JULI E. FARRIS
                                               ELIZABETH A. LELAND
20                                             CARI C. LAUFENBERG

21
                                               _____/s/_____
22                                                     JULI E. FARRIS

23                                             1201 Third Avenue, Ste. 3200
                                               Seattle, WA 98101-3052
24                                             Telephone: (206) 623-1900
                                               Facsimile: (206) 623-3384
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference                                                          7

1  KELLER ROHRBACK PLC
   GARY A. GOTTO
2  National Bank Plaza
   3101 North Central Avenue, Ste. 900
3  Phoenix, AZ 85012
   Telephone: (602) 248-0088
4  Facsimile: (602) 248-2822

5  LOVITT & HANNAN, INC.
   RONALD LOVITT
6  J. THOMAS HANNAN
   HENRY I. BORNSTEIN
7  900 Front Street, Ste. 300
   San Francisco, CA 94111
8  Telephone: (415) 362-8769
   Facsimile: (415) 362-7528
9
   LOCKRIDGE GRINDAL NAUEN, PLLP
10 KAREN HANSON RIEBEL
   100 Washington Avenue, So., Ste. 2200
11 Minneapolis, MN 55401
   Telephone: (612) 339-6900
12 Facsimile: (612) 339-0981

13     Attorneys for Plaintiff Phyllis Jones

14     I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

15 STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

16 hereby attest that Juli E. Farris has concurred with this filing.

17 Dated: October 11, 2006          SCOTT + SCOTT LLC
                                    ARTHUR L. SHINGLER III
18

19                                  _____
                                            /s/
                                    ARTHUR L. SHINGLER
20

21                                  600 B Street, Ste. 1500
                                    San Diego, CA 92101
22                                  Telephone: (619) 233-4565
                                    Facsimile: (619) 233-0508

23                                  SCOTT + SCOTT LLC
                                    DAVID R. SCOTT
24                                  108 Norwich Avenue
                                    P.O. Box 192
25                                  Colchester, CT 06415
                                    Telephone: (860) 537-5537
26                                  Facsimile: (860) 537-4432

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference                                              8

SCOTT + SCOTT LLC
GEOFFREY M. JOHNSON
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

Attorneys for Plaintiff Isabel Lui

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Arthur R. Shingler has concurred with this filing.

Dated: October 11, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
RICHARD M. HEINMANN
ELIZABETH J. CABRASER
JOY A. KRUSE
BRUCE W. LEPPLA
PETER E. LECKMAN


_____
/s/
JOY A. KRUSE

Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

GREENFIELD & GOODMAN LLC
RICHARD D. GREENFIELD
7426 Tour Drive
Easton, MD 21601
Telephone: (410) 745-4149

Attorneys for Plaintiff Alfred Ronconi

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Joy Kruse has concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3)  Continuing Initial Case Management Conference        9

1  Dated: October 11, 2006                    KELLER GROVER LLP
                                              JEFFREY F. KELLER
2

3                                             _____
                                                        /s/
                                              JEFFREY F. KELLER
4

5                                             425 Second Street, Ste. 500
                                              San Francisco, CA 94107
6                                             Telephone: (415) 543-1305
                                              Facsimile: (415) 543-7861

7                                             ZIMMERMAN LEVI & KORSINSKY LLP
                                              Edward Korsinsky
8                                             39 Broadway, Ste. 1601
                                              New York, NY 10006
9                                             Telephone: (212) 363-7500
                                              Facsimile: (212) 363-7171

10                                            Attorneys for Plaintiff Feivel Gottlieb

11          I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

12  STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

13  hereby attest that Jeffrey F. Keller has concurred with this filing.

14  Dated: October 11, 2006                   THE GARCIA LAW FIRM
                                              STEPHEN M. GARCIA
15                                            SARINA HINSON

16                                            _____
                                                        /s/
17                                            SARINA HINSON

18                                            One World Trade Center, Ste. 1950
                                              Long Beach, CA 90831
19                                            Telephone: (562) 216-5270
                                              Facsimile: (562) 216-5271

20                                            SEGAL MCCAMBRIDGE SINGER &
21                                            MAHONEY, LTD
                                              STEVEN A. HART
22                                            One IBM Plaza, Ste. 200
                                              330 North Wabash
23                                            Chicago, IL 60611
                                              Telephone: (312) 645-7912
24                                            Facsimile: (312) 645-7711

25                                            Attorneys for Plaintiff Erick Gulsrud

26          I, Mark C. Molumphy, am the ECF User whose ID and password are being used to file

27  this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B.,

28  I hereby attest that Sarina Hinson has concurred in this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Dated: October 11, 2006

O'MELVENY & MYERS LLP
GEORGE A. RILEY
LUANN L. SIMMONS
DALE EDMONDSON


_____/s/_____
DALE EDMONDSON

275 Battery Street, Ste. 2600
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Nominal Defendant Apple Computer, Inc., and Defendants Fred D. Anderson, James J. Buckley, Robert Calderoni, William V. Campbell, Timothy D. Cook, Guerrino De Luca, Ian Diery, Millard Drexler, Daniel L. Eilers, Lawrence J. Ellison, Frederick Forsyth, Albert Gore, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, Mitchell Mandich, Peter Oppenheimer, Jonathan Rubenstein, Avadis Tevanian, Jr., and Jerome B. York

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSE.  In compliance with General Order 45, X, B., I hereby attest that Dale Edmondson has concurred with this filing.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ___ 10/13/06 _____.

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3)  Continuing Initial Case Management Conference          11